IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARSHALL WIND FARM, LLC, MARSHALL WIND 1, LLC, MARSHALL WIND 2, LLC, MARSHALL WIND 3, LLC MARSHALL WIND 4, LLC, MARSHALL WIND 5, LLC, AND MARSHALL WIND 6 LLC<br>Plaintiffs,<br><br>v.<br><br>SUZLON WIND ENERGY CORPORATION<br><br>Defendant. | Case No. 1:21-cv-768<br><br>Judge John J. Tharp, Jr. |

## JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' Motion for Default Judgement, due notice being given, and the Court advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion is GRANTED;

2. Defendant Suzlon Wind Energy Corporation is in default; and

3. Judgment is entered in favor of Plaintiffs and against Suzlon Wind Energy Corporation in the amount of $132,628.74, plus costs.

4. Pursuant to 28 U.S.C. § 1961, Plaintiffs are granted post-judgment interest on the judgment.

Date: April 1, 2021

John J. Tharp, Jr.
United States District Judge