IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Marshall Wind Farm, LLC; Marshall Wind 1, LLC; Marshall Wind 2, LLC; Marshall Wind 3, LLC; Marshall Wind 4, LLC; Marshall Wind 5, LLC; and Marshall Wind 6, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>Suzlon Wind Energy Corporation,<br><br>    Defendant. | Case No. 1:21-cv-768<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Beth W. Jantz |

**CITATION TO DISCOVER ASSETS TO SUZLON WIND ENERGY CORPORATION**

Pursuant to Federal Rule of Civil Procedure 69, Plaintiffs, Marshall Wind Farm, LLC, Marshall Wind 1, LLC, Marshall Wind 2, LLC, Marshall Wind 3, LLC, Marshall Wind 4, LLC, Marshall Wind 5, LLC, and Marshall Wind 6, LLC, respectfully file the following Citation to Discover Assets to Debtor, Suzlon Wind Energy Corporation.

Dated: May 12, 2021

Respectfully submitted,

**MARSHALL WIND FARM, LLC; MARSHALL WIND 1, LLC; MARSHALL WIND 2, LLC; MARSHALL WIND 3, LLC; MARSHALL WIND 4, LLC; MARSHALL WIND 5, LLC; and MARSHALL WIND 6, LLC**

By: */s/ Aron J. Frakes*
        One of Their Attorneys

Aron J. Frakes
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402
Tel: (612) 492-7257
afrakes@fredlaw.com

72867869 v1

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT <br> _____ COUNTY | CITATION TO DISCOVER ASSETS TO DEBTOR | *For Court Use Only* |
|---|---|---|

| **Instructions ▼** | |
|---|---|
| Directly above, enter the name of the county where the case was filed. | **Plaintiff** *(First, middle, last name)* |
| Enter the name of the plaintiff. | v. |
| Enter the name of the defendant. | **Defendant** *(First, middle, last name)* |
| Enter the case number. | **Case Number** |

| | |
|---|---|
| In **1**, if the debtor is a person, enter the address where the debtor can be served. If the debtor is a business, enter the name of the registered agent, and the address for service. The registered agent can be found on the Illinois Secretary of State's website. | **1. Name and address of debtor:** <br><br> *Debtor's name* <br><br> *Street, Apt #* <br><br> *City*   *State*   *ZIP* |
| In **2**, enter courtroom number, date and time of the court date, and address of the courthouse. | **2. You must come to courtroom** _____ **on** <br> *Number* <br> _____  _____ ☐ a.m. ☐ p.m. <br> *Date*              *Time* <br><br> The address of the court is: _____ <br> *Street* <br> *City*   *State*   *ZIP* |

| **Notice to Debtor** | • If you do not come to the court date listed above in section 2, the judge may issue a rule to show cause which will require you to come to court. <br> • On the rule to show cause court date, you will have to explain why you did not come to court on the citation date, and why you should not be found in contempt of court. <br> • If you do not come to the rule to show cause court date, the judge may find you in contempt, and you may be arrested and jailed. |
|---|---|

**3. At your *Citation* hearing, you will be asked about your property and income. You will be sworn to tell the truth.**

| | |
|---|---|
| In **4a**, enter the date of the judgment. If the judgment has been revived (renewed), enter that date. | **4. Information about what you owe:** <br> a. A judgment was entered or renewed against you on _____ . <br>                          *Date* |
| In **4b**, enter the amount of the judgment. | b. The amount of the judgment is  $ _____ . |

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In **4c**, enter how much money is still owed to you. You can include the judgment amount, your court costs (like filing fees, service fees, sheriff's fee, etc.), and post judgment interest of 9% per year. Subtract any payments made by the debtor. | c. The current amount that remains to be paid, including the creditor's court costs and post judgment interest, minus any payments you have made, is $ _____ plus court costs of this proceeding. |

5. **You are ordered to bring these documents at the court date**:
   - Federal and state income taxes for the last 2 years;
   - Recent pay stubs or proof of income;
   - Bank records;
   - Title to motor vehicles;
   - Deed to any property you own; AND
   - Insurance policies.
   - Other: Records of ownership in any assets or any form of business entity; records of interests in accounts receivable, contracts, or reoccurring payments; records of transfers of personal or real property within the last four years and in excess of $2,000; records of outstanding liabilities; records of legal proceedings pending for the judgment debtor.

In **5**, enter any other document that the debtor should bring to court showing their income, property, or belongings.

6. **At the court date, you have the right to claim certain protections (exemptions). If you claim an exemption, the income or property covered by that exemption cannot be taken to pay the judgment. Here are some exemptions you may be able to claim:**
   1. Money or belongings up to $4,000 ("wildcard exemption");
   2. Social Security and Supplemental Security Income (SSI) benefits;
   3. Public assistance benefits;
   4. Child support;
   5. Unemployment compensation benefits;
   6. Workers' compensation benefits;
   7. Veterans' benefits;
   8. Circuit breaker property tax relief benefits;
   9. Your equity interest, up to $2,400, in any one motor vehicle;
   10. Your equity interest, up to $1,500, in any professional books, or tools of your trade;
   11. Pension and retirement benefits and refunds; AND
   12. Your equity interest, up to $15,000, in the house you live in.

Equity interest is the money you would get if you sold your property and paid off any outstanding loans.

7. **There are specific exemptions for wages.** Under Illinois law, the amount of wages that may be taken to pay a judgment is limited to the lower of: 1) 15% of your gross wages, or 2) the amount by which your weekly wages, after deductions for taxes and other allowed deductions, is greater than 45 times the minimum wage (currently $371.25 for one week; $742.50 for two weeks; $804.37 for semi-monthly wages; and $1608.75 for a month). Federal law allows the lesser of: 1) 25% of disposable wages; or 2) the amount by which disposable earnings for a week is greater than 30 times the federal minimum wage.

**I certify that everything in the *Citation to Discover Assets to Debtor* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

/s/
_____        _____
Your Signature                                              Street Address

_____        _____
Print Your Name                                           City, State, ZIP

                                                                  _____
                                                                  Telephone

Enter the Case Number given by the Circuit Clerk: _____

| | | |
|---|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** _____ <br><br> **Clerk of the Court:** _____ | *Seal of Court* |

Enter the Case Number given by the Circuit Clerk: _____

| STATE OF ILLINOIS, CIRCUIT COURT<br>_____ COUNTY | **INCOME AND PROPERTY STATEMENT**<br>**(TO BE FILLED OUT BY DEBTOR)** | *For Court Use Only* |
|---|---|---|

| **Instructions** ▼ | |
|---|---|
| **To creditor:** Fill out this section in the same way you did on page 1. | **Plaintiff** *(First, middle, last name)*<br>_____<br><br>v.<br><br>**Defendant** *(First, middle, last name)*<br>_____ |
| **To debtor**: fill out pages 4-6 and sign below. | **Case Number** _____ |

| **Notice to Debtor**: | 1. Fill out this form and bring it with you to court; AND<br>2. Bring documents you have to support the information you listed in the form. |
|---|---|

| In **1a**, **1b** and **1c** enter your full name, phone number and current address. | **1. I am providing the following information about myself:**<br>a. Name: _____<br>        *First*        *Middle*        *Last*<br>b. Phone Number: _____<br>c. Home Address: _____<br>       *Street Address, Apt.*<br><br>     *City*     *State*     *ZIP*<br>d. Driver's License Number: _____<br>e. Social Security Number *(last 4 digits)*: _____<br>f. Date of Birth: _____<br>g. I am ☐ married ☐ single ☐ divorced |
|---|---|
| In **1d**, enter your Driver's License Number if you have one. | |
| In **1e**, enter the last 4 digits your social security number. | |
| In **1f**, enter your date of birth. | |
| In **1g**, check your marital status. | |
| In **2a** and **2b**, enter the number of people living in your house who you support. Support means that the people rely on you financially. | **2. I am providing the following information about the people who live with me:**<br>a. I support _____ adults *(not counting myself)* who live with me.<br>b. I support _____ children under 18 who live with me. |
| In **3**, check yes if you are employed. | **3. I am employed.** ☐ **No** *(answer 3a and skip to 4)* ☐ **Yes** *(skip to 3b and complete the rest)*<br>a. I receive unemployment. ☐ Yes ☐ No<br>   I receive $_____ in unemployment payments.<br>b. If yes, ☐ I am self-employed ☐ I work for someone else<br>c. Company's name: _____<br>d. Company's address: _____<br>   *Street Address*<br><br>     *City*     *State*     *ZIP*<br>e. Income: $_____ per month |
| In **3a**, if you receive unemployment, check the box and enter the amount of unemployment you receive. | |
| In **3b**, check the box that applies to you. | |
| In **3c** and **3d** enter the company's name and address. | |
| In **3e**, enter the gross amount (before taxes) for your income. | |

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In **4**, check the box for each type of money you have received in the past month. The creditor may not use court proceedings to take any money you get from these sources. | **4. I receive 1 or more of the following:**<br>☐ **Yes** *(check all that apply)*  ☐ **No**<br>  ☐ General Assistance (GA)<br>  ☐ Social Security<br>  ☐ Supplemental Security Income (SSI)<br>  ☐ Food Stamps (SNAP)<br>  ☐ State Children & Family Assistance<br>  ☐ Temporary Assistance to Needy Families (TANF)<br>  ☐ Aid to the Aged, Blind and Disabled (AABD)<br>  ☐ Unemployment<br>  ☐ Pension<br>  ☐ Other: _____ |
| In **5**, check if you own real estate.<br><br>In **5a**, list the address of the property you own and check the box if there is a mortgage on the property.<br><br>In **5b**, list the address of any additional property you own and check the box if there is a mortgage on the property. | **5. I own real estate:** ☐ **Yes**  ☐ **No**<br>  a. I own property at: _____<br>    *Street Address, Apt.*<br>    _____<br>    *City*    *State*    *ZIP*<br>    ☐ There is a mortgage on my property.<br>  b. I own property at: _____<br>    *Street Address, Apt.*<br>    _____<br>    *City*    *State*    *ZIP*<br>    ☐ There is a mortgage on my property. |
| In **6**, check if you have any of the listed accounts and provide the information about each account, but do not list account numbers. | **6. I have checking, savings, money market, certificates of deposit, safety deposit boxes, or other bank or credit union accounts:** ☐ **Yes**  ☐ **No** |

| | Name of Bank or Institution | Names on Accounts | Account Type | Balance |
|---|---|---|---|---|
| 1. | | | | $ |
| 2. | | | | $ |
| 3. | | | | $ |
| 4. | | | | $ |

| | |
|---|---|
| In **7**, check if you have any motor vehicles and provide the information about each vehicle. For Balance, fill in the amount remaining on your loan. | **7. I have motor vehicles** *(Cars, boats, trailers, motorcycles etc.)*: ☐ **Yes**  ☐ **No** |

| | Year, Make, and Model | Title in Name of | Monthly payment | Balance |
|---|---|---|---|---|
| 1. | | | $ | $ |
| 2. | | | $ | $ |
| 3. | | | $ | $ |
| 4. | | | $ | $ |

| | |
|---|---|
| In **8**, check yes if you own other property such as jewelry, electronics, tools, etc. | **8. I own other property:** ☐ **Yes**  ☐ **No**<br>   The property is *(describe and include its total value )*: $ _____<br>   _____<br>   _____<br>   _____<br>   _____<br>   _____ |

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the *Answer to Citation Proceeding* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.** |
| After you finish this form, sign and print your name. | _____    _____<br>*Your Signature*                                         *Street Address*<br><br>_____    _____<br>*Print Your Name*                                     *City, State, ZIP* |
| Enter your complete current address and telephone number. | _____<br>                                                                 *Telephone* |
| Mail or hand-deliver a copy of this completed *Answer* to the Circuit Clerk, plaintiff, and debtor. | |