IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Marshall Wind Farm, LLC; Marshall Wind 1, LLC; Marshall Wind 2, LLC; Marshall Wind 3, LLC; Marshall Wind 4, LLC; Marshall Wind 5, LLC; and Marshall Wind 6, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Suzlon Wind Energy Corporation,<br><br>Defendant. | Case No. 1:21-cv-768<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Beth W. Jantz |

## **WITHDRAWAL OF CITATION TO DISCOVER ASSETS TO DEBTOR**

Plaintiffs filed a Citation to Discover Assets to Debtor (Suzlon Wind Energy Corporation) on May 12, 2021. (Doc. 22.) Plaintiffs hereby withdraw and terminate the Citation to Discover Assets to Debtor (Doc. 22).

Dated: June 23, 2021

Respectfully submitted,

**MARSHALL WIND FARM, LLC; MARSHALL WIND 1, LLC; MARSHALL WIND 2, LLC; MARSHALL WIND 3, LLC; MARSHALL WIND 4, LLC; MARSHALL WIND 5, LLC; and MARSHALL WIND 6, LLC**

By: */s/ Aron J. Frakes*
    One of Their Attorneys

Aron J. Frakes
Samuel M. Andre (*Pro Hac Vice*)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402
Tel: (612) 492-7257
afrakes@fredlaw.com
sandre@fredlaw.com