**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Marshall Wind Farm, LLC, et al.

Plaintiff,

v.                                                    Case No.: 1:21−cv−00768
                                                      Honorable John J. Tharp Jr.

Suzlon Wind Energy Corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 24, 2021:

      MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiffs' motion to withdraw the citation to discover assets to Suzlon Wind Energy Corporation [34] is granted. The citation at [22] is hereby withdrawn. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.